## 40121. STATE FARM FIRE & CASUALTY COMPANY v. JENKINS.

PER CURIAM.
After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur, except Hill, C. J., Marshall, P. J., and Bell, J., who dissent.*

DECIDED NOVEMBER 1, 1983.

*Dye, Miller, Tucker & Everitt, A. Montague Miller, Thomas W. Tucker,* for appellant.
*James B. Wall, Thomas R. Burnside, Jr., Maurice Steinberg,* for appellee.